1

2

3                              UNITED STATES DISTRICT COURT

4                            NORTHERN DISTRICT OF CALIFORNIA

5

6    RONNIE E. HOWELL,                          Case No. 20-cv-03250-JSC

7                 Plaintiff,

8          v.                                   **ORDER OF TRANSFER**

9    WARDEN,

10                Defendant.

11

12         Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas

13   corpus under 28 U.S.C. § 2254.[1]  The petition challenges the validity of conviction from Fresno

14   County Superior Court.

15          A petition for a writ of habeas corpus made by a person in custody under the judgment

16   and sentence of a state court of a state which contains two or more federal judicial districts may be

17   filed in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).

18   Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the

19   district court for the district where the petition is filed may transfer the petition to the other district

20   in the furtherance of justice.  *See id.*  Federal courts in California traditionally have chosen to hear

21   petitions challenging a conviction or sentence in the district of conviction.  *See Dannenberg v.*

22   *Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal.

23   1968).

24         As Petitioner challenges his conviction, the proper venue for his petition is the district in

25   which he was convicted.  Fresno County is located within the venue of the Eastern District of

26   California.  *See* 28 U.S.C. § 84.

27   _____

28   [1] Petitioner has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28
     U.S.C. § 636(c).  (Dkt. No. 3.)

United States District Court
Northern District of California

1    Accordingly, in the interest of justice, this case is TRANSFERRED to the United States

2  District Court for the Eastern District of California.  In light of this transfer, ruling on Petitioner's

3  application to proceed in forma pauperis is deferred to the Eastern District.  The Clerk shall

4  transfer this matter forthwith.

5    **IT IS SO ORDERED.**

6  Dated: May 26, 2020

7

8  _____
   JACQUELINE SCOTT CORLEY
9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2